# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00007-CR

**Roberto Degollado, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-18-200831, THE HONORABLE TAMARA NEEDLES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Roberto Degollado was indicted for the first-degree felony offense of murder after stabbing his live-in girlfriend to death in front of her two minor sons. *See* Tex. Penal Code § 19.02(b), (c). Degollado pleaded guilty and seeks to appeal his murder conviction. However, the trial court has certified that Degollado waived the right of appeal, and the record of Degollado's plea-and-sentencing hearing supports the trial court's certification. Accordingly, this appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Jurisdiction

Filed: January 24, 2020

Do Not Publish